## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Love, David K | Case Number:  08 B 18936 |
| Love, Irene | Judge:  Wedoff, Eugene R |
| Printed: 03/24/09 | Filed:  7/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 15, 2009
Confirmed:  October 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,300.00 | |
| Secured: | | 300.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 914.41 |
| Trustee Fee: | | 85.59 |
| Other Funds: | | 0.00 |
| Totals: | 1,300.00 | 1,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,000.00 | 914.41 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 6. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 7. | JP Morgan Chase Bank | Secured | 1,000.22 | 120.00 |
| 8. | JP Morgan Chase Bank | Secured | 1,573.50 | 180.00 |
| 9. | GMAC Mortgage Corporation | Secured | 4,373.92 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 264.10 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 117.52 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 350.36 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 86.77 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 1,163.13 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 69.87 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 239.83 | 0.00 |
| 17. | Merrick Bank | Unsecured | 221.66 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 216.87 | 0.00 |
| 19. | Jefferson Capital Systems LLC | Unsecured | 192.76 | 0.00 |
| 20. | American General Finance | Unsecured | 338.09 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 73.76 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 121.00 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 298.16 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 296.98 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 108.75 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 204.63 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Love, David K
Love, Irene
Printed: 03/24/09

Case Number:  08 B 18936
Judge:  Wedoff, Eugene R
Filed:  7/23/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. ECast Settlement Corp | Unsecured | 106.69 | 0.00 |
| 28. ECast Settlement Corp | Unsecured | 263.68 | 0.00 |
| 29. RoundUp Funding LLC | Unsecured | 19.60 | 0.00 |
| 30. Clerk of The Circuit Court (Co | Unsecured | 15.80 | 0.00 |
| 31. ECast Settlement Corp | Unsecured | 206.83 | 0.00 |
| 32. Avenue | Unsecured |  | No Claim Filed |
| 33. Exxon Mobil | Unsecured |  | No Claim Filed |
| 34. Household Bank FSB | Unsecured |  | No Claim Filed |
| 35. GEMB | Unsecured |  | No Claim Filed |
| 36. Juniper Bank | Unsecured |  | No Claim Filed |
| 37. Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 38. Target | Unsecured |  | No Claim Filed |
|  |  | $ 13,924.48 | $ 1,214.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.90 |
| 6.6% | 71.69 |
|  | $ 85.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

